UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RA-TAH MENIOOH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TWO JINN, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-02840-SI<br><br>**JUDGMENT** |

On July 15, 2021, the Court granted the motion to dismiss filed by defendants Joyce Hinrichs and Humboldt County Superior Court WITH PREJUDICE. Further, the Court dismissed all remaining claims against all remaining defendants after reviewing the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). Accordingly, the Court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 15, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　United States District Judge